AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO: 7:19-cv-07029   DATE FILED: 7/26/2019 | United States District Court - Southern District of New York |
| PLAINTIFF | DEFENDANT |
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 68.129.107.180 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>9/30/2019 |
|---|---|---|
| CLERK<br>RUBY J. KRAJICK | (BY) DEPUTY CLERK | DATE<br>10/2/2019 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

**Location:** Pearl River, NY  
**Total Works Infringed:** 25  
**IP Address:** 68.129.107.180  
**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 793872A8D856D7C2D495C13BD6D4EEEC9961C2CA | 05/31/2019 07:28:54 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | 07/08/2017 00:17:04 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40 | 01/23/2019 18:20:26 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 4 | 1370C51E6EC227CA518D2A1134D4A9308CF6F965 | 01/15/2019 15:47:41 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 5 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | 09/29/2017 01:54:07 | Blacked | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 6 | 265F9F6B4599D92ECD4183AD6101640666C7A711 | 02/08/2019 19:09:20 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 7 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | 01/26/2018 02:18:28 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 8 | 3BDBA1FCA8DD25F4E9E5BEE72BCD096EE0BF2D70 | 05/28/2019 14:47:09 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 9 | 5EAC6C1CDC393A3CF4F6CA3E3DF0BCA616685271 | 01/23/2019 18:54:47 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 10 | 6A6FD161C17EFA181CEDC42E8D692B2B69D8D7F3 | 05/18/2019 00:46:52 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 11 | 6A894BF3E216F8344B43B3F4799B2A8986EAF94A | 02/08/2019 15:20:25 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 12 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | 11/11/2017 05:34:31 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 13 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | 06/07/2017 01:38:10 | Blacked | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 14 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | 08/29/2017 22:44:11 | Vixen | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 15 | 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A | 01/15/2019 16:22:12 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 16 | A79E1BEA716422681872B46A4AC579C82B92D143 | 01/15/2019 15:39:09 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 17 | B0CE169D460B3E10FDC06D60342FA7FD5FBE531B | 01/23/2019 18:04:50 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | BC99AFD8339B2F6F1D938E7B2DE177ED9F98AE97 | 01/15/2019 15:46:52 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 19 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | 01/15/2019 16:16:02 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 20 | C4B18A4ADE014D89FF75A8A296558DDFD41CDC6B | 01/28/2019 16:11:16 | Blacked Raw | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 21 | C6EA4BD37F36096A915D37B5CD46CB028946C6F0 | 01/23/2019 18:09:23 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 22 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | 06/16/2017 01:36:15 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 23 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | 01/23/2019 18:09:25 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 24 | E7E0FB0AA1568CA96DE8E40AB08B82E6C646C707 | 02/17/2018 04:38:50 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 25 | F1945D6116C93194E6B3240E953EADD9401F5877 | 05/31/2019 07:03:32 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.129.107.180,<br><br>Defendant. | Civil Action No. 7:19-cv-07029-VB |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 68.129.107.180 ("Defendant"), through Defendant's counsel, Jeffrey Antonelli, Esq. of Antonelli Law. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019        Respectfully submitted,

                                By:   /s/ *Jacqueline M. James*
                                      Jacqueline M. James, Esq. (#1845)
                                      The James Law Firm, PLLC
                                      445 Hamilton Avenue, Suite 1102
                                      White Plains, New York 10601
                                      T: 914-358-6423
                                      F: 914-358-6424
                                      E-mail: jjames@jacquelinejameslaw.com
                                      *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.